# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Landmark American Insurance Company

**Plaintiff(s),**

v.  **Select Civ or Crim:** **NO:** 1:07cv136

Stockmeier Urethanes USA, Inc.

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of _J. Richard Harmon_, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: _October 29, 2007_

_Irene M. Keeley_
United States District Judge