# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

OCT 2 9 2007

Landmark  American Insurance Company
**Plaintiff(s),**

v.

**Select Civ or Crim:   NO:**   1:07cv136

Stockmeier Urethanes USA, Inc.
**Defendant(s).**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of _J. Allison Stasney_ , it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: *October 29, 2007*

_____
United States District Judge